UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Walter Davis,<br><br>Defendant. | Case No. 21-cr-0206 (WMW/HB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is the February 25, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Hildy Bowbeer. (Dkt. 48.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews an R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error. Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. The February 25, 2022 R&R, (Dkt. 48), is **ADOPTED**.

2. Defendant's motions to suppress evidence, (Dkts. 28, 29, 30), are **DENIED**.

Dated: April 8, 2022

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge